Haas v. Grafton County          CV-94-385-M    12/10/96

UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEW HAMPSHIRE


Joseph Haas

     v.                                        Civil No. 94-385-M

Grafton County Jail



                              O R D E R

     Joseph Haas, appearing pro se, petitions for a writ of habeas
corpus pursuant to 28 U.S.C.A. § 2254, on the grounds that he was
convicted of criminal contempt without a jury trial.  This court
held that Haas was not entitled to habeas relief on the Sixth
Amendment grounds that he asserted but granted him an opportunity
to clarify his petition if he had intended to assert other grounds
for relief.  Haas has responded and claims a right to a jury trial
based on various provisions of the New Hampshire Constitution, 18
U.S.C.A. § 3692, and Article III, Section 2, Clause 3 of the United
States Constitution.

     As § 2254(a) provides for habeas relief only if the petitioner
is "in custody in violation of the Constitution or laws or treaties
of the United States," Haas's state constitutional grounds are
insufficient to sustain his petition.   The federal statute
providing for jury trials for contempt in labor dispute cases, 18
U.S.C.A. § 3692, is inapplicable to this case as Haas's contempt
conviction was based on state, not federal law, and did not involve
a labor dispute within the meaning of the statute. Finally, as was
thoroughly discussed in this court's previous order in the context

of Haas's Sixth Amendment claim, neither Article III nor the Sixth Amendment of the United States Constitution requires a jury trial in criminal contempt cases that impose less than six months imprisonment and an insignificant fine on the contemnor. See, e.g., Dyke v. Taylor Implement Mfg. Co., 391 U.S. 216, 219 (1968); see also Order in this case dated November 7, 1996.

Accordingly, Haas's petition for a writ of habeas corpus is denied. The case shall be closed.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

**December 10, 1996**

cc:  Joseph Sanders Haas, Jr.
     Wayne P. Coull, Esq.

2